## OPINION OF THE COURT

PER CURIAM:

Plaintiff appeals from a judgment of the district court in favor of the defendants after a trial without a jury. The district court made extensive findings of fact which amply support this judgment. We have carefully reviewed the record. The district court's findings of fact are not clearly erroneous and may not be set aside. Rule 52(a) Fed.R.Civ.P. The judgment of the district court will be affirmed.

119. The Board has filed a cross-application for enforcement of its order.

Upon consideration, the court finds that the decision of the Board is supported by substantial evidence of the record considered as a whole.

It is ordered that the order of the Board be and hereby is enforced.

**BREWER & BREWER MATERIALS, INC., Petitioner,**

v.

**NATIONAL LABOR RELATIONS BOARD, Respondent.**

No. 20513.

United States Court of Appeals, Sixth Circuit.

Feb. 17, 1971.

Hugh D. Wait, Columbus, Ohio, John A. Lloyd, Jr., Cincinnati, Ohio on the brief; Stouffer, Wait & Ashbrook, Columbus, Ohio, Frost & Jacobs, Cincinnati, Ohio, of counsel, for petitioner.

Stanley R. Zirkin, N. L. R. B., Washington, D. C., Arnold Ordman, General Counsel, Dominick L. Manoli, Associate General Counsel, Marcel Mallet-Prevost, Asst. General Counsel, Elliott Moore, Attorney N. L. R. B., Washington, D. C., on the brief, for respondent.

Before PHILLIPS, Chief Judge, and WEICK and MILLER, Circuit Judges.

### ORDER.

This case is before the court on the petition to review and set aside the order of the National Labor Relations Board, which is reported at 182 N.L.R.B. No.

**FELDKIRCHER WIRE FABRICATING COMPANY, Petitioner,**

v.

**NATIONAL LABOR RELATIONS BOARD, Respondent.**

No. 20518.

United States Court of Appeals, Sixth Circuit.

Feb. 16, 1971.

Charles H. White, Nashville, Tenn., Cornelius, Collins, Neal, Higgins & White, Nashville, Tenn., on the brief, for petitioner.

Corinna Metcalf, N. L. R. B., Washington, D. C., Arnold Ordman, Gen. Counsel, Dominick L. Manoli, Associate Gen. Counsel, Marcel Mallet-Prevost, Asst. Gen. Counsel, Robert E. Williams, Judith P. Wilkenfeld, Attys., N. L. R. B., Washington, D. C., on the brief, for respondent.

Before CELEBREZZE, PECK and McCREE, Circuit Judges.

### ORDER

Upon due consideration, the Court is of the opinion that the order of the National Labor Relations Board, reported at 172 N.L.R.B. No. 132, is not supported by substantial evidence on the record as a whole. It is, therefore, ordered that the petition to review in this cause be, and it is hereby, granted, and that the